# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

NOTICE OF ISSUANCE OF MANDATE '08 MAR 24 P1 :36

DATE: March 20, 2008

TO: Jon W. Sanfilippo
United States District Court
Eastern District of Wisconsin
125 S. Jefferson Street
P.O. Box 22490
Green Bay, WI 54305-2490
USA

FROM: Clerk of the Court

RE: 07-2907
Carlson, Michael, v. Franklin, James E.
06 C 487, William C. Griesbach, Judge

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

[X] No record filed
[ ] Original record on appeal consisting of:

ENCLOSED:                                            TO BE RETURNED AT LATER DATE:
[ ]   Volumes of pleadings                           [ ]
[ ]   Volumes of loose pleadings                     [ ]
[ ]   Volumes of transcripts                         [ ]
[ ]   Volumes of exhibits                            [ ]
[ ]   Volumes of depositions                         [ ]
[ ]   In Camera material                             [ ]
[ ]   Other_____           [ ]

      Record being retained for use                  [ ]
      in Appeal No. _____

Copies of this notice sent to:        Counsel of record
[ ]    United States Marshal
[ ]    United States Probation Office

**NOTE TO COUNSEL:**
If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

------------------------------------------------------------

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

Date: 3-24-08

CERTIFIED COPY

# United States Court of Appeals

### For the Seventh Circuit
### Chicago, Illinois 60604

February 27, 2008

**Before**

**Hon. William J. Bauer,** *Circuit Judge*
**Hon. Joel M. Flaum,** *Circuit Judge*
**Hon. Daniel A. Manion,** *Circuit Judge*

| | |
|---|---|
| MICHAEL CARLSON, MICHAEL J. LANGENHORST, JOHN M. MEYER, et al., <br>     Plaintiffs-Appellees, <br><br> No. 07-2907      v. <br><br> JAMES E. FRANKLIN, II and OIL & GAS TECHNOLOGY FUND, INC., <br>     Defendants-Appellants. | ] Appeal from the United <br> ] States District Court for <br> ] the Eastern District of <br> ] Wisconsin. <br> ] <br> ] No. 06 C 487 <br> ] <br> ] William C. Griesbach, <br> ]     Judge. <br> ] |

### O R D E R

On September 13, 2007, the court ordered appellants to respond to appellees' "Motion to Dismiss" no later than September 20, 2007, but appellants filed no response. The court issued two Rules to Show Cause, again requiring that appellants respond to the motion to dismiss. Appellants, however, still did not file a response. Further, appellants have failed to file the required Circuit Rule 3(c) Docketing Statement in this appeal. Therefore,

IT IS ORDERED that this appeal is DISMISSED for lack of prosecution.